UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JET TEST AND TRANSPORT, LLC, GLOYD ROBINSON, and STEVEN GIORDANO,<br><br>       Plaintiffs,<br><br>   v.<br><br>HALLMARK INSURANCE COMPANY,<br><br>       Defendant. | No. 2:19-cv-01938-KJD-DJA<br><br>STIPULATION OF COUNSEL TO EXTEND BRIEFING SCHEDULE |

The parties, through counsel, hereby stipulate and agree, subject to the Court's approval, as follows:

1.    Through no fault of counsel, the deposition transcript of defendant has not been finished due to the court reporter's bout with COVID-19.

2.    To permit plaintiffs' use of that transcript in their opposition, the briefing schedule on Plaintiffs' Motion for Partial Summary Judgment and Defendant's Motion for Summary Judgment, shall be extended two weeks.

3.    Briefs in opposition to the pending motions must now be filed no later than December 7, 2020.

- 1 -

26217891v.1

1

2

3

4

5

6

7

/s/. Robert E. Campbell
**ROBERT E. CAMPBELL, ESQ.**
Admitted Pro Hac Vice
**WHITE AND WILLIAMS LLP**
457 Haddonfield Rd., Suite 400
Cherry Hill, New Jersey
(856) 317-3641
(856) 317-3601- *facsimile*
*campbellr@whiteandwilliams.com*
Attorneys for Plaintiffs,
JET TEST AND TRANSPORT, LLC,
GLOYD ROBINSON and
STEVEN GIORDANO

/s/.  William C. Morison
**WILLIAM C. MORISON, ESQ.**
Nevada Bar Id. 9872
**MORISON & PROUGH, LLP**
2540 Camino Diablo, Suite 100
Walnut Creek, California
(925) 937-9990
(925) 937-3272 - *facsimile*
*wcm@morisonprough.law*
Attorneys for Defendant,
HALLMARK INSURANCE COMPANY

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

26217891v.1

## <u>ORDER</u>

For good cause appearing,

      IT IS HEREBY ORDERED that the briefing schedule on Plaintiffs' Motion for Partial Summary Judgment and Defendant's Motion for Summary Judgment, shall be extended two weeks.  Briefs in opposition to the pending motions must now be filed no later than December 7, 2020

      Dated this 23rd day of November, 2020.

KENT J. DAWSON
U.S. DISTRICT JUDGE

- 3 -

26217891v.1